■ CORBIN, LTD., et al., Petitioners, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Order of the Human Rights Appeal Board, dated December 18, 1980, which affirmed the determination of the Commissioner of the State Division of Human Rights finding petitioners guilty of unlawful discrimination because of sex in terms, conditions, and privileges of employment, unanimously annulled, on the law, the petition granted, and the complaint dismissed, without costs or disbursements. The cross motion to enforce the order of the Human Rights Appeal Board is unanimously denied, without costs or disbursements. The record conclusively establishes that the commissioner's determination is unsupported by the evidence and that the complainant was denied pregnancy-related disability benefits solely because she had not applied for them within the 26-week period provided by subdivision 1 of section 217 of the Workers' Compensation Law. While much of this period would have run prior to the decision in *Brooklyn Union Gas Co. v State Human Rights Appeal Bd.* (41 NY2d 84) which cleared the way for pregnancy-related disability benefits, it is unwarranted speculation to assume that the petitioners would not have approved an application for such benefits made prior to that decision. This small-sized employer of few persons has had one other application for pregnancy-related disability benefits and the claim was paid because it was timely filed. Concur — Murphy, P. J., Ross, Markewich, Bloom and Lynch, JJ.

■ PACER REALTY ASSOCIATES, Respondent, v JEFFREY N. KING et al., Appellants, and ANDREW CHRISTENSEN, Respondent. — Order, Appellate Term, First Department, entered on April 7, 1981, which reversed a judgment of the Civil Court, New York County (B. Cohen, J.), entered on July 23, 1980 dismissing a holdover petition and granting judgment to the landlord, unanimously reversed, on the law, without costs, and the matter remanded to the trial court for further proceedings unfettered by the present agreed statement of facts. In light of *Conrad v Third Sutton Realty Co.* (81 AD2d 50), the stipulated facts are insufficient upon which to base a determination of the issues presented by this appeal. Concur — Murphy, P. J., Kupferman, Sullivan, Carro and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT BELLOMO, Appellant. — Judgment, Supreme Court, New York County (Milonas, J.), rendered on May 5, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER HOWARD, Also Known as LARRY WRIGHT, Appellant. — Judgment, Supreme Court, Bronx County (J. Cohen, J.), rendered on April 17, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Silverman and Fein, JJ.